**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. S., a minor by and through C.S., Guardian ad Litem,<br><br>    Plaintiff,<br><br>  v.<br><br>NEWARK UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. C 05-03241 JSW<br><br>**ORDER RE: PETITION AND CONSENT FOR APPOINTMENT OF GUARDIAN AD LITEM AND EX PARTE APPLICATION TO PROTECT PLAINTIFF'S RIGHT TO PRIVACY BY PROCEEDING UNDER A PSEUDONYM** |

       This matter comes before the Court upon Plaintiff's petition and consent for appointment of guardian ad litem and on Plaintiff's ex parte application to protect plaintiff's right to privacy by proceeding under a pseudonym. It is the Court's understanding that Defendants have recently been served. As such, the Court HEREBY ORDERS Defendants to file an opposition or statement of non-opposition to plaintiff's petition and application by no later than September 9, 2005.

       It is FURTHER ORDERED that all filings containing identifying information about Plaintiff shall be conditionally lodged under seal pending further order of this Court.

//
//
//
//
//

United States District Court
For the Northern District of California

1   It is FURTHER ORDERED, that Plaintiff shall serve a copy of this Order on Defendants
2 by August 24, 2005.
3   **IT IS SO ORDERED.**
4 Dated: August 23, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE